AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CURLIN PENNICK, III,

      Plaintiff,

v.

FRANK LEONETTI, JOHN DOE HEARING OFFICER, MATT JOHNSON, A KUNZ, CHUCK PEASE, FRED WARNEKA, JON GRADWOHL, CRAID SPENCER, JOE DENNY, and JOHN DOE SUNBERG,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-5075-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Second Amended Complaint is DISMISSED with prejudice as to all claims preceding the filing of the initial complaint, for failure to state a claim upon which relief may be granted against the identified Defendants.

| | |
|---|---|
| February 16, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |